UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:11-cr- 114-T-17AEP

KEVIN MICHAEL CHARLTON

18 U.S.C. §§ 922(g)(1) and 924(e)
18 U.S.C. § 924(d)(1) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 10, 2010, in Hillsborough County, in the Middle District of Florida,

KEVIN MICHAEL CHARLTON,

the defendant herein, then being a person convicted in a court of crimes punishable by imprisonment for a term exceeding one year, namely:

1. **Grand Theft Motor Vehicle (F.S.A. § 812.014)**, Case No. 95-06967, in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, on or about October 25, 1995;

2. **Robbery (Firearm-$300- or more)(F.S.A. § 812.13)**, Case No. 95-09541, in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, on or about October 25, 1995;

3. **Aggravated Battery- Great Bodily Harm- Deadly Weapon (F.S.A. § 784.045)**, Case No. 95-09541, in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, on or about October 25, 1995;

4. **Aggravated Assault (F.S.A. § 784.021)**, Case No. 95-09541, in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, on or about October 25, 1995;

5. **Escape from Police Custody (F.S.A. § 316.193)**, Case No. 99-01181, in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, on or about July 30, 1999;

6. **Aggravated Battery with a Firearm (F.S.A. § 784.021)**, Case No. 99-04208, in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, on or about July 30, 1999; and

7. **Robbery (Firearm $300 or more) (F.S.A. § 812.13)**, Case No. 99-04208, in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, on or about July 30, 1999,

did knowingly possess in and affecting interstate and foreign commerce a firearm, namely a Taurus, Model PT 99AF, 9mm pistol, serial number TJF40990.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. From his engagement in the violation alleged in Count One of this Indictment, the defendant, KEVIN MICHAEL CHARLTON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and United States Code, Section 2461(c), all of his right, title, and his interest in any firearm and ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922(g).

3. Such property includes, but is not limited to the following:

    a. one Taurus, Model PT 99AF, 9mm pistol, serial number TJF40990.

4. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), which is incorporated by reference in Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*Patricia Nickelson*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: *Stacie B. H*
STACIE B. HARRIS
Assistant United States Attorney

By: *[signature]*
JAY L. HOFFER
Assistant United States Attorney
Chief, General Crimes

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

KEVIN MICHAEL CHARLTON

### INDICTMENT

Violations:

18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 2nd day

of March 2011.

_____
Clerk

Bail $_____

GPO 863 525

N:\_Criminal Cases\C\Charlton, Kevin_2011R00342_SBH\f_indictment back.wpd